James J. Pisanelli, Esq., Bar No. 4027
Nikki L. Wilmer, Esq., Bar No. 6562
BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

Michael P. Kenny, Esq.
James A. Harvey, Esq.
David J. Stewart, Esq.
Christopher A. Riley, Esq.
Douglas L. Bridges, Esq.
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Attorneys for Defendant AutoZone, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE SCO GROUP, INC. ) <br> a Delaware Corporation ) <br> ) <br>    Plaintiff, ) <br> v. ) <br> ) <br> AUTOZONE, INC. ) <br> a Nevada Corporation ) <br> ) <br>    Defendant. ) | Civil Action File No. <br><br> CV-S-04-0237-RCJ-LRL |

## **NOTICE OF FIRM NAME CHANGE**

PLEASE TAKE NOTICE that the law firm of Schreck Brignone is now known as Brownstein Hyatt Farber Schreck, P.C. The firm address, telephone numbers and facsimile numbers remain the same.

DATED this 9th day of January, 2007.

                              BROWNSTEIN HYATT FARBER SCHRECK

                              By: _/s/ James J. Pisanelli_____
                                  James J. Pisanelli, Esq., #4027
                                  Nikki L. Wilmer, Esq., #6562
                                  300 South Fourth Street, Suite 1200
                                  Las Vegas, Nevada  89101

                            Attorneys for Defendant AutoZone, Inc.

1

BROWNSTEIN HYATT FARBER SCHRECK
300 South Fourth Street, Suite 1200
Las Vegas, Nevada 89101
(702) 382-2101

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Brownstein Hyatt Farber Schreck, and that on this 9th day of January, 2007, I caused to be served via electronic filing a copy of the within and foregoing **NOTICE OF FIRM NAME CHANGE** upon all counsel of record as follows:

Stanley W. Parry, Esq.
Glenn M. Machado, Esq.
BALLARD SPAHR ANDREWS & INGERSOLL
300 South Fourth Street, Suite 1201
Las Vegas, Nevada 89101

Stephen N. Zack, Esq.
Mark J. Heise, Esq.
BOIES, SCHILLER & FLEXNER, LLP
Bank of America Tower
1000 South East 2nd Street, Suite 2800
Miami, Florida 33131

/s/ Kimberly Peets
An employee of Brownstein Hyatt Farber Schreck