Richard J. Pocker, Esq.
Nevada Bar No. 3568
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street
Suite 800
Las Vegas, NV  89101
(702) 382-3700

*Attorneys for Plaintiff, The SCO Group, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE SCO GROUP, INC.,<br>A Delaware corporation,<br><br>     Plaintiff,<br> v.<br>AUTOZONE, INC.,<br>A Nevada corporation,<br><br>     Defendant | Docket No.:  2:04-CV-237-RCJ-(LRL) |

## NOTICE OF FILING FOR BANKRUPTCY

**PLEASE TAKE NOTICE** that on September 14, 2007, The SCO Group, Inc. along with various other affiliates (collectively referred to herein as the "Debtors") filed a petition under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Petitions").  The SCO Group, Inc., one of the Debtors, has been named as defendant or other parties in the above-captioned matter.  The face pages of Debtor's Petition is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that as a result of the pendency of the Debtors' bankruptcy cases and the application of 11 U.S.C. § 362(a)(1), the commencement or continuation of judicial proceedings against the Debtors to pursue prepetition obligations was automatically stayed.  The automatic injunction granted by 11 U.S.C. § 362(a) will remain in effect until the bankruptcy case is dismissed or closed or until such earlier times as set forth in 11 U.S.C. § 362(c), (d), (e) and (f).

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay, and, pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award actual damages, including costs and attorneys' fees (and, in appropriate circumstances, punitive damages) to compensate the Debtors for loss arising out of violations of the automatic stay.

**WHEREFORE**, the Debtors therefore request that the above-entitled case be taken off the Court's active calendar pending resolution of the Debtors' bankruptcy cases.

Dated:  September 17, 2007        BOIES, SCHILLER & FLEXNER LLP

 /s/ Richard J. Pocker
Richard J. Pocker (Bar No. 3568)
300 S. Fourth St., Suite 800
Las Vegas, Nevada 89101
Telephone:  (702) 382-7300
Facsimile:   (702) 382-2755
Email:  rpocker@bsfllp.com

# Exhibit A

# Open New Voluntary Bankruptcy Case

## U.S. Bankruptcy Court

### District of Delaware

Notice of Bankruptcy Case Filing

The following transaction was received from Jones, Laura Davis entered on 9/14/2007 at 3:13 PM EDT and filed on 9/14/2007
**Case Name:** SCO Operations, Inc.
**Case Number:** 07-11338
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition *of SCO Operations, Inc.*. Fee Amount $1039. Filed by SCO Operations, Inc.. (Attachments: # (1) Board Resolutions# (2) Certification and List of 20 Largest Unsecured Claims# (3) Certification and List of Equity Security Holders# (4) Corporate Ownership Statement# (5) Certification and Creditor Matrix) (Jones, Laura Davis)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\VAP\pet2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869496-0]
[97f16ac46e7714a6a74f5124924411f163c45c626f0c27c66eef10f02de1d21ee3e4
a230168de74cd623fce25d1016e6e7ff1688d80e1a0a30aea6b1b82a8e24]]
**Document description:** Board Resolutions
**Original filename:** X:\VAP\res2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869496-1]
[91d804a8723bf9129f1ce7c7bd9456fe312f670dcf00cabfbd4b738ee0ed5432a463
c3241e9f72dfbc93d699354b900bbc714f583fff2fe3c7269356247fbcbd]]
**Document description:** Certification and List of 20 Largest Unsecured Claims
**Original filename:** X:\VAP\20 lgst 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869496-2]
[2fd4f54b60e457eb7bc2349851873a6fa44958365793633f83a791a0cae77e4b2315
206a2e26480fd7a5bcc0d6f203aeff4115cc69f6864e48fb4ba600cdce1d]]
**Document description:** Certification and List of Equity Security Holders
**Original filename:** X:\VAP\equity 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869496-3]
[5f8527896c5d7b0de71d5bbec3e9cffc08e79349a94f92cac1f784d5ddfdad9946e0
8b273d19c445f4f67e8a34a64dc1360a5ca2444fe4268f5642a747083d18]]
**Document description:** Corporate Ownership Statement
**Original filename:** X:\VAP\owner.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869496-4]

# Open New Voluntary Bankruptcy Case

## U.S. Bankruptcy Court

### District of Delaware

Notice of Bankruptcy Case Filing

The following transaction was received from Jones, Laura Davis entered on 9/14/2007 at 3:07 PM EDT and filed on 9/14/2007
**Case Name:**　　　The SCO Group, Inc.
**Case Number:**　　07-11337
**Document Number:** 1

**Docket Text:**
Chapter 11 Voluntary Petition *of The SCO Group, Inc.*. Fee Amount $1039. Filed by The SCO Group, Inc.. (Attachments: # (1) Board Resolutions# (2) Certification and List of 20 Largest Unsecured Creditors# (3) Certification and List of Equity Security Holders# (4) Corporate Ownership Statement# (5) Certification and Creditor Matrix) (Jones, Laura Davis)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** X:\VAP\grp petitions.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869457-0]
[09560de95ccdec706a3a2e0fcae7cabf1d3136acb76319e552e3069cd2616a5aad58
8372d9ccec5d6b7472695de5c41451aef60e37f637b31492302037c640a9]]
**Document description:** Board Resolutions
**Original filename:** X:\VAP\resolutions.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869457-1]
[30493f62bec043f6e66cbffab949a5edb44318d884a548348e3cb1599baa40f7c0e7
b3389c739436a352abca6dc32bdef078f8930d2215b21c7695acf5e31cc4]]
**Document description:** Certification and List of 20 Largest Unsecured Creditors
**Original filename:** X:\VAP\20 lgst.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869457-2]
[429d7ce47a98b81143b325b4e9f9dae33abfeb01a245c3cb5f3beeca8c11463d4251
920b913d0786213325f8787cc652b8341b192e28de4a955cb8d294993e25]]
**Document description:** Certification and List of Equity Security Holders
**Original filename:** X:\VAP\eq holdrs.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869457-3]
[7ca3a3cc243e954e983c8d8650a713778be99d46300695c11c627d56376234631459
ed3ce17fecb88a3fa1b819ad0120fb609b5bb66474199f44521b3985c1c4]]
**Document description:** Corporate Ownership Statement
**Original filename:** X:\VAP\ownersp.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=9/14/2007] [FileNumber=5869457-4]

Official Form 1 (4/07)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**The SCO Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Caldera International, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**87-0662823** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**355 South 520 West**<br>**Lindon, UT**<br>ZIP Code **84042** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Utah** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                              FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **The SCO Group, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Attachment 1** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>      Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)          FORM B1, Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The SCO Group, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X /s/ Laura Davis Jones
Signature of Attorney for Debtor(s)
**Laura Davis Jones, Esq. DE Bar No. 2436**
Printed Name of Attorney for Debtor(s)
**Pachulski Stang Ziehl & Jones, LLP**
Firm Name
919 North Market St., 17th Fl.
P.O. Box 8705
Wilmington, DE 19899
Address

(302) 652-4100  Fax: (302) 652-440
Telephone Number
9/14/07
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Darl C. McBride
Signature of Authorized Individual
**Darl C. McBride**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only one box.)
☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.
☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*